IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KEITH GALLOWAY                                                PLAINTIFF

v.                           No. 3:19-cv-220-DPM

GREYHOUND LINES, INC.;
JOHN ADAMS PRINCE, III;
SKY TRANSPORTATION SERVICES, INC.;
BLUE HOLDINGS, LP; and
GIOVANNI TORRES, a/k/a
Giovanni Torresroman                                         DEFENDANTS

ORDER

Galloway was a passenger on a Greyhound bus driven by Prince. The bus rear-ended a tractor-trailer driven by Torres. Galloway was injured. Torres's employer is Sky Transportation, and Blue Holdings owns the tractor-trailer. Galloway brought suit against all these defendants, and all but Torres were served. Galloway attempted service on Torres but failed. Greyhound, Prince, and Torres haven't yet appeared. Sky Transportation and Blue Holdings have, and they've answered without any counterclaims.

Galloway settled with Greyhound and Prince, and he voluntarily dismissed his claims against them. *№ 11 & 13*. Galloway also dismissed his claim against Torres. *№ 14*. He doesn't need a court order to dismiss these claims. FED. R. CIV. P. 41(a)(1).

Galloway also moves to dismiss his claims against Sky Transportation and Blue Holdings without prejudice, and they oppose. № 15 & 17. They've asked for time to subpoena a video of the accident that they believe Greyhound may have. If they get the video, they'd no longer oppose Galloway's motion to dismiss. Request granted.

\* \* \*

Motion, № 15, held in abeyance. Sky Transportation and Blue Holdings must serve the subpoena by 4 November 2019, and then file a report by 22 November 2019 stating whether they've received the video. The Court will withhold judgment dismissing the case until then.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 October 2019