# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

KEITH GALLOWAY                                                          PLAINTIFF

v.                              No. 3:19-cv-220-DPM

GREYHOUND LINES, INC.;
JOHN ADAMS PRINCE, III;
SKY TRANSPORTATION SERVICES, INC.;
BLUE HOLDINGS, LP; and
GIOVANNI TORRES, a/k/a
Giovanni Torresroman                                                    DEFENDANTS

## JUDGMENT

Galloway's claims against Greyhound Lines and John Adams Prince III are dismissed with prejudice. Galloway's claims against Sky Transportation Services, Blue Holdings, and Giovanni Torres are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 January 2020